# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

FILED
APR 16 2025
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____ neia _____, DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | No. CR 25-141 JD |
| -vs- ) | |
| ) | Violation: 18 U.S.C. § 115(a)(1)(B) |
| COREY JONES, ) | |
| Defendant. ) | |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
### (Threatening a Federal Law Enforcement Officer)

On or about March 25, 2025, in the Western District of Oklahoma,

---------------------------------------- **COREY JONES,** ----------------------------------------

an inmate at the Federal Transfer Center federal prison in Oklahoma City, Oklahoma, threatened to assault and murder R.C., a federal law enforcement officer employed by the Federal Bureau of Prisons, with intent to impede, intimidate, and interfere with R.C. while R.C. was engaged in the performance of official duties, and with intent to retaliate against R.C. on account of the performance of R.C.'s official duties.

All in violation of Title 18, United States Code, Section 115(a)(1)(B).

A TRUE BILL:

*[signature]*

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

*[signature]*

BRANDON HALE
Assistant United States Attorney

2